

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2016

No. 04-15-00609-CV

**BREAKFRONT, LLC**; Golden Oak Partners, LLC; Mark Slotkin, Individually, and as Trustee of the Slotkin Family Children's Trust dtd January 1, 1997,
Appellants

v.

**SOUTHWEST GUARANTY INVESTORS, LTD**.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-04-0331-CVA
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

The reporter's record in this appeal was overdue. On March 22, 2016, we ordered the court reporter to file the reporter's record within twenty days of being served with our order. On April 12, 2016, the court reporter filed three volumes of the five-volume reporter's record and a notification of late record seeking an extension of time to file the remainder of the reporter's record. On April 15, 2016, the court reporter filed the remaining two volumes of the reporter's record. The court reporter's request for an extension of time to file the remainder of the reporter's record is GRANTED.

The appellants' brief is due on **May 16, 2016.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court